# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNMARK MAJUC and JOSEPH JOK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-566 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's April 24, 2018 Order, Plaintiffs Johnmark Majuc and Joseph Jok (collectively, the "Plaintiffs") and Defendant United States Department of Justice ("DOJ") respectfully submit this status report and proposed briefing schedule.

1. This case was brought under the Freedom of Information Act ("FOIA") and concerns Plaintiffs' objection to DOJ's withholding, pursuant to FOIA Exemption 7(A), of all records responsive to Plaintiffs' FOIA request.

2. The processing of Plaintiffs' FOIA request is complete and the only issue remaining is the withholdings. Therefore, the parties propose the following briefing schedule for dispositive motions:

| | **DEADLINE** |
|---|---|
| Defendant's Motion for Summary Judgment | August 17, 2018 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | September 17, 2018 |

|  | **DEADLINE** |
|---|---|
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | October 17, 2018 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | November 7, 2018 |

Dated: May 8, 2018

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

By: /s/ *Melanie D. Hendry*
        Melanie D. Hendry
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2510
        melanie.hendry2@usdoj.gov

        **Attorneys for Defendant**

        **MCKOOL SMITH, P.C.**

        /s/ *Phillip Lee*
        Phillip Lee
        McKool Smith, P.C.
        1999 K. Street, NW, Suite 600
        Washington, DC 20006
        Telephone: (202) 370-8322
        Telecopier: (202) 370-8344
        plee@mckoolsmith.com

        Kathryn L. Boyd [admitted *pro hac vice*]
        Thomas B. Watson [admitted *pro hac vice*]

McKool Smith, P.C.
300 S. Grand Avenue, 29th Floor
Los Angeles, CA 90046
Telephone: (213) 694-1200
Fax: (213) 694-1234
lboyd@mckoolsmith.com
twatson@mckoolsmith.com

**ATTORNEYS FOR PLAINTIFFS**