UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNMARK MAJUC, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant | Civ. A. No. 18-566 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's September 26, 2019 minute order, the plaintiffs, Johnmark Majuc and Joseph Jok, and the defendant, the United States Department of Justice, submit this Joint Status Report to inform the Court of the status of the Parties' meet-and-confer regarding efforts to identify categories of documents both potentially responsive to the Plaintiffs' requests and subject to release.

The Parties have engaged in two productive telephone conferences. Subject to a number of conditions to be explored upon Defendant's consultation with the assigned Government Information Specialist ("GIS") in the upcoming week, the Parties have agreed that a list of search terms shall be run and the results reported. The Parties have agreed to defer discussions about processing schedules – and potential other limitations on sources designed to maximize the speed with which Plaintiffs may obtain priority records – pending a determination of the number of documents generated.

Further, Defendant has agreed separately to identify a category of documents that have entered the public record for potential release.

Until such time as the parameters for processing are established, the Parties have agreed to ask the Court to permit them to submit Joint Status Reports every 30 days to apprise the Court of their progress toward that end. Once a processing schedule has been approved by the Court, the Parties may ask the Court for 60-day reporting cycle depending on the volume of records to be processed and the estimated time to conclude the processing.

The parties respectfully request that the Court order a second joint status report to be filed on November 15, 2019 and every 30 days thereafter until a processing schedule is approved.

Respectfully submitted,

| | |
|---|---|
| JOHNMARK MAJUC and JOSEPH KOK | UNITED STATE DEPARTMENT OF JUSTICE |
| By its attorneys: | By its attorney: |
| /s/ Theodore J. Folkman<br>Theodore J. Folkman<br>PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP<br>One Liberty Square<br>Boston, MA 02109<br>(617) 229-5415<br>tfolkman@piercebainbridge.com<br><br>Dwayne D. Sam<br>PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP<br>601 Pennsylvania Avenue, N.W.<br>South Tower, Suite 700<br>Washington, DC 20004<br>(202) 843-8342<br>dsam@piercebainbridge.com | /s/ John Moustakas<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, N.W.<br>Washington, DC 20530<br>(202) 252-2518<br>john.moustakas@usdoj.gov |

Dated:  October 17, 2019